DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NASHIKA T. OGILVIE**,
Appellant,

v.

**DUENNEE OGILVIE,**
Appellee.

No. 4D21-3139

[July 14, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach; Maxine Cheesman, Jr., Judge; L.T. Case No. 502013DR012192.

Nashika T. Ogilvie, West Palm Beach, pro se.

Jonathan D. Wald of Law Office of Jonathan D. Wald, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS, and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***